State of Minnesota      District Court
Stearns County                               Seventh Judicial District

Court File Number: **73-CO-22-642**
Case Type: Conciliation

**Conciliation Court Summons**

U.S. Postal Service
141 Railroad Avenue
Albany Mn  56307

**SCHYLER TOBY JENSEN-ATHEY vs U.S. Postal Service**

1. **You are summoned to appear at a hearing in this Conciliation Court (Small Claims Court) case.** This means you must appear at the hearing scheduled for:

| Setting | Time | Hearing Type | Location |
|---|---|---|---|
| September 14, 2022 | 10:00 AM | Conciliation Hearing | |

Before the presiding judge at the following location:

Stearns County District Court
725 Courthouse Square Room 134
St. Cloud MN  56303
320-656-3620

2. **If the defendant does not appear at the hearing, the plaintiff may win this case by default,** which means the plaintiff could be awarded a money judgment against the defendant. The judgment could include the amount the plaintiff requested in the Statement of Claim as well as other fees and costs approved by a judicial officer.

3. **If the plaintiff does not appear at the hearing, this case may be dismissed.** If the defendant has filed a counterclaim, then a default judgment could be entered against the plaintiff.

4. **The Defendant may bring a counterclaim against the Plaintiff.** A counterclaim must be filed at least seven days before the Conciliation Court hearing.

Dated: August 25, 2022

George Lock
Court Administrator
Stearns County District Court
725 Courthouse Square Room 134
St. Cloud MN  56303
320-656-3620

cc:   SCHYLER TOBY JENSEN-ATHEY

**GOVERNMENT EXHIBIT A**

MNCIS-CIV-194          STATE    Conciliation Court Summons          CCT801      9/21


Forms and instructions are available on the court's website starting at http://mncourts.gov/GetForms.aspx?c=10.



More information about Conciliation Court is available online at http://mncourts.gov/Help-Topics/Conciliation-Court.aspx.


If you have questions about this matter, consider contacting one of the self-help centers (statewide or local): http://mncourts.gov/Help-Topics/Self-Help-Centers.aspx.

Filed in District Court
State of Minnesota
8/25/2022

State of Minnesota
Stearns County

District Court
Seventh Judicial District
Court File Number: 73-CO-22-642
Case Type: Conciliation

# Notice of Remote Zoom Hearing

U.S. POSTAL SERVICE
141 RAILROAD AVENUE
ALBANY MN  56307

SCHYLER TOBY JENSEN-ATHEY vs U.S. Postal Service

You are notified this matter is set for a remote hearing. This hearing will not be in person at the courthouse.

| Hearing Information |
| --- |
| September 14, 2022 |
| Conciliation Hearing |
| 10:00 AM |

**The hearing will be held via Zoom and appearance shall be by video and audio unless otherwise directed** with Judicial Officer Heidi E. Schultz, Stearns County District Court.

The Minnesota Judicial Branch uses strict security controls for all remote technology when conducting remote hearings.

You must:
- Notify the court if your address, email, or phone number changes.
- Be fully prepared for the remote hearing. If you have exhibits you want the court to see, you must give them to the court before the hearing. Visit https://www.mncourts.gov/Remote-Hearings.aspx for more information and options for joining remote hearings, including how to submit exhibits.
- Contact the court at 320-656-3620 if you do not have access to the internet, or are unable to connect by video and audio.

**To join by internet:**
1. Type https://zoomgov.com/join in your browser's address bar.
2. Enter the **Meeting ID and Meeting Passcode (if asked):**
   Meeting ID: 161 848 9022

5. Click **Share Video**.

**To join by telephone (if you are unable to join by internet):**
Be sure you know how to mute your phone when you are not speaking and unmute it again to speak.
1. Call Toll-Free: 1-833-568-8864
2. Enter the Meeting ID and Meeting Passcode:
    Meeting ID: 161 848 9022
    Passcode: 321020

Para obtener más información y conocer las opciones para participar en audiencias remotas, incluido cómo enviar pruebas, visite www.mncourts.gov/Remote-Hearings.

Booqo www.mncourts.gov/Remote-Hearings oo ka eego faahfaahin iyo siyaabaha aad uga qeybgeli karto dacwad-dhageysi ah fogaan-arag, iyo sida aad u soo gudbineyso wixii caddeymo ah.

Dated: August 25, 2022

George Lock
Stearns County Court Administrator
725 Courthouse Square Room 134
St. Cloud MN  56303
320-656-3620

cc:   Schyler Toby Jensen-athey

**State of Minnesota**

| County |
|---|
| Stearns |

**Conciliation Court**

| Judicial District: | Seventh |
|---|---|
| Court File Number: | |
| Case Type: | Conciliation |

# PLAINTIFF'S STATEMENT OF CLAIM

**Plaintiff # 1**

| Name: Schyler Toby Jensen-Athey |
|---|
| Address: 310 6th st |
| City/State/Zip: Albany, MN 56307 |

**Plaintiff # 2**

| Name: |
|---|
| Address: |
| City/State/Zip: |

vs

**Defendant # 1**

| Name: U.S postal service |
|---|
| Address: 141 railroad ave |
| City/State/Zip: Albany, MN 56307 |

**Defendant # 2**

| Name: |
|---|
| Address: |
| City/State/Zip: |

☐ Check box if there are more than two plaintiffs or more than two defendants. List the information for the other parties on the *Additional Litigants Form*, CCT702.

**Information about the Defendant**

1. How many defendants are there? 1

   a. Defendant #1

   Name: U.S postal service

   ☐ Individual (Person)    ☒ Business

   *If Defendant #1 is an individual:*

   i. I believe Defendant #1 is at least 18 years old.

   Date of birth: _____ / ☐ Unknown

   ii. About military service:
   ☐ Defendant #1 is in the military service
   ☐ Defendant #1 is not in the military service
   ☐ Unknown

   b. Defendant #2

   Name: _____

   ☐ Individual (Person)    ☐ Business

*If Defendant #2 is an individual:*

    i. I believe Defendant #2 is at least 18 years old.

        Date of birth: _____ / ☐ Unknown

    ii. About military service:
        ☐ Defendant #2 is in the military service
        ☐ Defendant #2 is not in the military service
        ☐ Unknown

If there are more than 2 defendants, use the *Additional Litigants Form* (CCT702).

**Information about the Claim**

2. I am filing this claim against Defendant for: *(check all that apply)*

   *Money*

   ☒ The Defendant owes me $2,260.00 , plus filing fees and costs in the amount of $79.00 , so my total claim is for $2,339.00 (amount Defendant owes plus filing fees and costs). I have a claim for this amount because in Oct 2021 (month and year), the following happened:

   One of their carriers ran into the side of my passenger door. I did police report and filed claim thru tort claims, and got a letter back saying I was denied and I have to pursue suit if I wanna get my money basically.

*Property*

☐ The Defendant has the following property that belongs to me (list property):

My property is valued at _____. The filing fees and costs for this case are _____. I want the court to order this property returned to me or make the Defendant pay me  $0.00  (property's value plus the filing fees and costs).

3. I understand that if I do not come to court on my hearing date, my case may be dismissed and I may have to pay money to Defendant on any counterclaim that has been filed.

**Important!** Each plaintiff must sign the *Statement of Claim* form and include the date signed, the name of the state and county where signed, and provide the following information: title, if any, telephone number, date of birth, and e-mail address.

I declare under penalty of perjury that everything I have stated in this document is true and correct. Minn. Stat. § 358.116.

Date: 7/29/2022

/s/ Schyler Jensen-Athey
Signature (Plaintiff #1)

Date: _____

Signature (Plaintiff #2)
OR ☒ There is only 1 plaintiff

County and State where signed:
Stearns County, Minnesota

County and State where signed:

Name: Schyler Toby Jensen-Athey
Title, if any:
Telephone: 320-405-6309
Date of birth: 05/31/2003
Email address: Jensenathey@yahoo.com

Name:
Title, if any:
Telephone:
Date of birth:
Email address:

NOTE: If there are more than 2 plaintiffs, all of the other plaintiffs must sign the *Statement of Claim* form and include the information listed above.


MINNESOTA JUDICIAL BRANCH
SEVENTH JUDICIAL DISTRICT

# New to Zoom?
# Unsure about your internet or phone connection?

Zoom Test Sessions are available to check your device and/or connection:

Every Tuesday 8:30 a.m. – 1:00 p.m. Every Wednesday 12:00 p.m. – 4:30 p.m.

The below meeting ID and passcode are for testing only and will NOT connect to the court hearing. Refer to the hearing notice for the meeting ID and passcode for the hearing.

| | |
|---|---|
| **With a computer browser:** Go to Zoomgov.com and click "Join a Meeting"<br><br>**With a smartphone:** Download the Zoom app from App Store or Google Play, open the app, and choose "Join"<br><br>**With a telephone:** Call 1-833-568-8864 | **Enter test session using:**<br><br>Meeting ID: 161 097 6859<br><br>Passcode: 409816 |



First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

RECEIVED
SEP - 1 2022
TORT CLAIMS
NORTHLAND DIST. 55401



District Tort Claims Coordinator
100 S 1st Street Rm 402
Minneapolis, MN 55401-9993

UNITED STATES
POSTAL SERVICE

Albany Post Office
141 Railroad Ave
PO Box 9998
Albany MN 56307

TORT CLAIMS
ACCOUNTING SERVICE CENTER

Tc202225236


UNITED STATES
POSTAL SERVICE

**CERTIFIED NO: 7020 0090 0001 9145 4985**
<u>RETURN RECEIPT REQUESTED</u>

May 18, 2022

*RECEIVED MAY 24 2022 TORT CLAIMS NORTHLAND DIST. 55401*

Schyler Jensen-Athey
310 6th Street
Albany, MN 56307-8352

RE:   Claimant:           Schyler Jensen-Athey
      USPS File No:       TC2022 25236

Dear Sir/Ma'am:

This is in reference to the administrative claim you filed under the provisions of the Federal Tort Claims Act, as a result of damages allegedly sustained on or about October 19, 2021.

The Postal Service is not legally obligated to pay all losses which may occur, but only those caused by the negligent or wrongful act or omission of an employee acting in the scope of his/her employment. We are guided in our determination by all the information available to us, including the reports of our personnel and any other persons acquainted with the facts.

As to the incident at issue, an investigation of this matter failed to establish a negligent act or omission on the part of the U.S. Postal Service or its employees. While we regret any damages or injuries that may have occurred, we cannot accept legal liability for them. Accordingly, this claim is denied.

In accordance with 28 U.S.C. § 2401(b) and 39 C.F.R. 912.9(a), if dissatisfied with the Postal Service's final denial of an administrative claim, a claimant may file suit in a United States District Court no later than six (6) months after the date the Postal Service mails the notice of that final action. Accordingly, any suit filed in regards to this denial must be filed no later than six (6) months from the date of the mailing of this letter, which is the date shown above. Further, note the United States of America is the only proper defendant in a civil action brought pursuant to the Federal Tort Claims Act and such suit may be heard only by a federal district court.

Alternatively, and in accordance with the regulations set out at 39 C.F.R. 912.9(b), prior to the commencement of suit and prior to the expiration of the six (6) month

P O BOX 80471
ST LOUIS MO 63180-9471
FAX (314) 436-5459
PHONE (314) 436-5582

period provided in 28 U.S.C. § 2401(b), a claimant, his duly authorized agent, or legal representative, may file a written request for reconsideration with the postal official who issued the final denial of the claim. Upon the timely filing of a request for reconsideration, the Postal Service shall have six (6) months from the date of filing in which to make a disposition of the claim and the claimant's option under 28 U.S.C. § 2675(a) shall not accrue until six (6) months after the filing of the request for reconsideration.

A request for reconsideration of a final denial of a claim shall be deemed to have been filed when received in this office.

Sincerely,

*E Reed*

E. Reed
Accounting & Control Specialist

cc:   Rebecca Carr
      Tort Claims Coordinator
      Case No: 553-22-00527231A